# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>      Plaintiff,<br><br>  v.<br><br>PALM HILLS HOMEOWNERS ASSOCIATOIN, INC., et al.,<br><br>      Defendants. | Case No. 2:16-cv-00614-APG-GWF<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>(ECF No. 44) |

IT IS ORDERED that plaintiff Bank of America, N.A.'s motion to lift stay **(ECF No. 44) is GRANTED**. The stay in this case is lifted for all purposes.

DATED this 6th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE