1  Douglas D. Gerrard, Esq.
   Nevada Bar No. 4613
2  dgerrard@gerrard-cox.com
   Nathan R. Henderson, Esq.
3  Nevada Bar No. 13145
   nhenderson@gerrard-cox.com
4  **GERRARD, COX & LARSEN**
   2450 St. Rose Pkwy., Suite 200
5  Henderson, NV 89074
   (702) 796-4000
6
   Melanie D. Morgan, Esq.
7  Nevada Bar No. 8215
   darren.brenner@akerman.com
8  Scott R. Lachman, Esq.
   Nevada Bar No. 12016
9  scott.lachman@akerman.com
   **AKERMAN LLP**
10 1160 Town Center Drive, Suite 330
   Las Vegas, Nevada 89144
11 Tel: (702) 634-5000
   Fax: (702) 380-8572
12 *Attorneys for Plaintiff / Counterdefendant*
   BANK OF AMERICA, N.A.
13
                    **UNITED STATES DISTRICT COURT**
14
                          **DISTRICT OF NEVADA**
15
16 BANK OF AMERICA, N.A.
                                          Case No.:  2:16-cv-00614-APG-GWF
                    Plaintiff,
17
   v.
18
   PALM HILLS HOMEOWNERS                   **STIPULATION AND
   ASSOCIATION, INC.; VERN ELMER; and     ORDER TO EXTEND DEADLINE TO
19 NEVADA ASSOCIATION SERVICES, INC.       FILE RESPONSES TO DISPOSITIVE
                                           MOTIONS AND REPLIES TO
20                  Defendants.            RESPONSES**
21                                         **[FIRST REQUEST]**
22 VERN ELMER, an individual,
23                  Counterclaimant,
24 vs.
25 BANK OF AMERICA, N.A., a National
   Association; DOE INDIVIDUALS I-X; and ROE
26 CORPORATIONS I-X, inclusive.
27                  Counterdefendants.
28

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSES TO DISPOSITIVE MOTIONS AND REPLIES TO RESPONSES [FIRST REQUEST]**

Plaintiff/Counterdefendant BANK OF AMERICA, N.A. ("BANA"), by and through its attorneys Gerrard Cox Larsen; Defendant PALM HILLS HOMEOWNERS ASSOCIATION, INC., ("Palm Hills HOA") by and through its attorneys Boyack Orme & Anthony; Defendant NEVADA ASSOCIATION SERVICES, INC. ("NAS"), by and thorough its attorney, Brandon E. Wood, Esq.; and Defendant/Counterclaimant VERN ELMER ("Elmer"), by and through his attorneys, Ayon Law PLLC (collectively, the "Parties"); hereby stipulate and agree, subject to approval by the Court, to extend the deadline to file responses to one month after their filing and the deadline to file replies to any responses to dispositive motions to one month after said responses have been filed.

Palm Hills HOA filed its Motion for Summary Judgment [ECF No. 65] ("HOA Motion") on July 27, 2018. BANA filed its Motion for Summary Judgment [ECF No. 66] ("BANA Motion") on July 30, 2018. Owing to the complexity of the briefings and the weight of counsel for the parties' schedules the parties have agreed that it would be in the best interest of all parties and allow for more thorough and complete briefing if all deadlines were extended.

The Parties therefore agree and STIPULATE AS FOLLOWS:

The deadline for Responses to the HOA Motion will be moved from August 17, 2018 to August 27, 2018.

The deadline for Responses to the BANA Motion will be moved from August 20, 2018 to August 30, 2018.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

2

The deadline for Replies to any Responses will be set one month after such Responses are filed.

DATED this 6th day of August, 2018.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Plaintiff / Counterdefendant*
*Bank of America, N.A.*

**BOYACK ORME & ANTHONY**

*/s/ Colli C. McKiever, Esq.*
Edward D. Boyack, Esq.
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada Bar No. 13724
7432 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorney for Defendant Palm Hills*
*Homeowners Association*

**AYON LAW, PLLC**

*/s/ Luis A. Ayon, Esq.*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
2176 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
*Attorneys for Defendant/Counterclaimant,*
*Vern Elmer*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 7, 2018.

3