LUIS A. AYON, ESQ.
NEVADA BAR NO. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Ave., Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com
*Attorneys for Defendant/Counterclaimant*
*Vern Elmer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>PALM HILLS HOMEOWNERS ASSOCIATION, INC.; VERN ELMER; and NEVADA ASSOCIATON SERVICES, INC.<br><br>Defendants,<br><hr>AND ALL RELATED CLAIMS. | Case No.: 2:16-CV-00614-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT/COUNTERCLAIMANT VERN ELMER TO FILE RESPONSE TO BANK OF AMERICA, NA.'S MOTION FOR SUMMARY JUDGMENT [ECF N0. 66]**<br><br>**[SECOND REQUEST]** |

Defendant/Counterclaimant Vern Elmer ("Elmer") by and through its attorneys Ayon Law, PLLC; Plaintiff/Counter-defendant Bank of America, N.A. ("BANA") by and through its attorneys Gerrard Cox Larson, and Defendant Palm Hills Homeowners Association, Inc. ("Palm Hills HOA") by and through its attorneys Boyack Orme & Anthony; hereby stipulate and agree, subject to approval by the Court, to extend the deadline for Elmer to file his response to Bank of America's Motion for Summary. This is the second request for an extension.

BANA filed its Motion for Summary Judgment [ECF No. 66] ("BANA Motion") on July 30, 2018. The deadline for Elmer's Response was moved to August 30, 2018 on August 8, 2018 by Stipulation and Order. Due to the complex schedule of Elmer's counsel, the parties have agreed to have Elmer's briefing deadline response extended.

///

The Parties therefore agree and STIPULATE AS FOLLOWS:

The deadline for Defendant/Counterclaimant Vern Elmer's Response to the BANA Motion for Summary Judgement will be moved from August 30, 2018 to September 13, 2018.

DATED this 13th day of September, 2018

| AYON LAW, PLLC | GERRARD COX LARSEN |
|---|---|
| /s/ Luis A. Ayon | /s/ Douglas D. Gerrard, Esq. |
| Luis A. Ayon, Esq. | Douglas D. Gerrard, Esq. |
| Nevada Bar no. 9752 | Nevada Bar No. 4613 |
| 2176 Spanish Ridge Ave, Suite 115 | 7432 W. Sahara Ave. |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89117 |
| *Attorneys for Defendant/Counter-claimant Vern Elmer* | *Attorney for Plaintiff, Bank of America, N.A.* |

**BOYACK ORME & ANTHONY**

/s/ Colli C. McKiever, Esq.
Colli C. McKiever, Esq.
Nevada Bar No. 13724
Edward D. Boyack, Esq.
Nevada Bar No. 5229
7432 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Defendant Palm Hills Homeowners Association, Inc.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 13, 2018.

2