# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff <br><br> v. <br><br> PALM HILLS HOMEOWNERS ASSOCIATION, INC., et al., <br><br> Defendants | Case No.: 2:16-cv-00614-APG-GWf <br><br> **Order Dismissing Remaining Claim as Moot and Directing the Clerk of Court to Enter Judgment** |

In light of my prior order (ECF No. 84) and the parties' status report (ECF No. 86),

IT IS ORDERED that plaintiff Bank of America, N.A.'s claims against defendant Nevada Association Services, Inc. are dismissed as moot.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of plaintiff Bank of America, Inc. and against defendant Vern Elmer as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on November 16, 2012 did not extinguish the deed of trust encumbering the property located at 3793 Vortex Avenue in Henderson, Nevada, and thus the property is subject to the deed of trust.

IT IS FURTHER ORDERED that upon entering judgment, the clerk of court shall close this case.

DATED this 25th day of March, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE