# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00614-APG-GWf |
| Plaintiff | **Order Granting Motion to Correct Judgment** |
| v. | [ECF No. 95] |
| PALM HILLS HOMEOWNERS ASSOCIATION, INC., et al., | |
| Defendants | |

Plaintiff Bank of America, N.A. moves to correct a typographical error in the judgment previously entered in this case. ECF No. 95. The motion is supported by good cause so I will grant it.

I THEREFORE ORDER that plaintiff's motion to correct judgment **(ECF No. 95) is GRANTED**. The clerk of court shall enter an amended judgment in favor of plaintiff Bank of America, Inc. and against defendant Vern Elmer as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on November 16, 2012 did not extinguish the deed of trust encumbering the property located at 793 Vortex Avenue, Henderson, Nevada 89002, and thus the property is subject to the deed of trust.

DATED this 28th day of April, 2020 *nunc pro tunc* to March 26, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE